82,784-01

IN THE COURT OF

CRIMINAL APPEALS OF TEXAS

AUSTIN,TEXAS

| | |
|---|---|
| EX PARTE | § COURT OF CRIMINAL APPEALS |
| TRAVIS JAMES GUILLORY | § OF |
| Applicant | § TEXAS. |
| | § TRIAL Ct.No 11-11914-A |
| | § WRIT NO.82,784-01 |

## JUDICIAL NOTICE

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS OF TEXAS:

COMES NOW,Travis J,Guilóry,Applicant,requesting that this court order the Clerk of the Criminal District Court of Jefferson County,Texas,to forward a copy of the findings and conclusions entered by the trial court that was sent to the Court of Criminal Appeals of Texas in the above mentioned Trial Court and Writ Numbers to the Applicant.

Although the trial court sent the Applicant a copy of the STATE'S ORIGINAL ANSWER,on or about January 14th,2015,the Applicant received notification that his application for 11.07 Writ of Habeas Corpus had been received and presented to the Court of Criminal Appeals on 1/30/2015,but no findings from the trial court has been sent to the Applicant in accordance with the provisions of the Texas Code of Criminal Procedure,under article 11.07.

Please order that the trial court complies with the above mentioned legal procedure and request that the trial court send a copy of their findings to Mr.Travis James Guillory TDC#1817400,at the Coffield Unit 2661 FM 2054 Tennessee Colony,Texas 75884.

Respectfully submitted, 2-18-15

Mr.Travis J.Guillory#1817400

Coffield Unit

2661 FM 2054

Tennessee Colony,Texas

75884

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 25 2015

Abel Acosta, Clerk

-1-

## CERTIFICATE OF SERVICE

I,Travis J.Guillory,certify that a copy of the above and fotegoing Judicial Notice has been served to the Clerk of the Court of Criminal Appeals of Texas, at P.O.Box 12308 Capitol Station,Austin,Texas 78711 and a copy sent to the Criminal District Attorney,Bob Wortham at Jefferson County Courthouse 1085 Pearl Street 3rd Floor Beaumont,Texas 77701.

*Travis Guillory*

TRAVIS J.GUILLORY

2-18-15